STATE of Missouri, Respondent,

v.

**Joseph JOHNSON, Jr., Appellant.**

**No. WD 35148.**

Missouri Court of Appeals, Western District.

June 12, 1984.

Estate has been substituted as Respondent.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John J. Oldenburg, Jr., Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and SHANGLER and NUGENT, JJ.

### ORDER

PER CURIAM:

Appeal from judgment of the Circuit Court of Jackson County, of conviction of second degree burglary, § 569.170, RSMo 1978, stealing property of a value of at least $150, and stealing a motor vehicle, § 570.030, RSMo Supp.1983.

Affirmed. Rule 30.25(b).